**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EDDIE HURTT )
_____ )
Plaintiff )
)
v. ) Civil Action No.   13-1680
HINKLE TRUCKING, INC. )
_____ )
Defendant )

**FILED**

**DEC 0 3 2013**

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

The following parties consent (subject to approval by the assigned Article III judicial officer) to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Parties' Printed Names: | Signatures of Parties or Attorneys: | Dates: |
|---|---|---|
| EDDIE HURTT | _[signature]_ | 11-27-13 |
| HINKLE TRUCKING, INC. | _[signature]_ | 11-27-13 |
| | | |

**Reference Order**

IT IS ORDERED:  This case is referred to a United States magistrate judge _Angell_____
to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R.
Civ. P. 73. **The final pretrial conference previously noticed for December 17,**
**2013, at 2:00 p.m. is CANCELLED.**

_[signature]_
District Judge's signature

Date: _12-3-2013_

_NORMA L. SHAPIRO, Judge, USDC EDPA_
(Printed Name and Title)

Note:  Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.
Do not return this form to a judge.

(05/2013)