IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


EDDIE HURTT                    :        CIVIL ACTION
                               :
     v.                        :
                               :
HINKLE TRUCKING, INC.          :        NO.  13-1680


**O R D E R**


       **AND NOW, TO WIT:** this 20th day of December, 2013, it having

been reported that the issues between the parties in the above action

have been settled and upon Order of the Court pursuant to the

provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of

this Court (effective January 1, 1970), it is

       **ORDERED** that the above action is **DISMISSED** with prejudice,

pursuant to agreement of counsel.



                              BY THE COURT:



                               S/M. FAITH ANGELL
                              ─────────────────────────
                              M.FAITH ANGELL
                              UNITED STATES MAGISTRATE JUDGE

Civ 12 (1/96)
41.1(b)

By E-mail:
Gerald A. McHugh, Jr., Esq.      gamchugh@raynesmccarty.com
Donna DiPietro, Esq.             donnadesq@comcast.net